**DECL. OF WILLIAM J. BECKER, JR. – EXH. "A"**



**LISTEN. SOLVE. EMPOWER.**

P: 330.253.5060  F: 330.253.1977  W: bmdllc.com
75 East Market Street, Akron, Ohio 44308

**Daniel J. Rudary**
P: 330-253-5060
F: 330-253-1977
E: djrudary@bmdllc.com

September 28, 2018

**VIA ELECTRONIC MAIL**

William J. Becker, Esq.
FreedomX
freedomxlaw@gmail.com

*RE:*   *Liberty Hangout/Michael Heil*

Dear Mr. Becker:

Please be advised that the undersigned and the law firm of Brennan, Manna & Diamond, LLC represent the interests of Kent State University as Special Counsel, and in that capacity we ask that you direct all future correspondence to us as the University's legal representatives.

With respect to the substance of your September 24 correspondence, we understand that you are representing Liberty Hangout and student Michael Heil.

While not adopting various inaccurate factual statements and mischaracterizations contained in your letter, we would like to follow up on the spirit of cooperation that you suggest for future discussions. We would like to schedule a conference call with you to discuss your concerns in the near future. Please provide dates and times of availability that you might have over the next few weeks. We look forward to making your acquaintance by telephone.

Sincerely,

Daniel J. Rudary

cc:   Gary Spring, Esq. (gspring@bmdllc.com)
      Eric McDaniel, Esq. (eric@malyuk.com)

4835-9192-9461, v. 1