UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **LIBERTY HANGOUT**, a registered student organization at Kent State University; and **MICHAEL HEIL**, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>**BEVERLY J. WARREN**, in her official capacity as President of Kent State University; **LAMAR R. HYLTON**, individually and in his official capacity as Kent State University Dean of Students; **DEAN TONDIGLIA** in his official capacity as Director of Public Safety & Chief of the Kent State University Department of Public Safety; **RICK O'NEIL**, individually and in his official capacity as Kent State University Department of Public Safety lieutenant; and **DOES 1-25**;<br><br>Defendants. | Case No: 5:18CV2567<br><br>JUDGE: JOHN R. ADAMS<br><br>**ORDER GRANTING TEMPORARY RESTRAINING ORDER**<br><br><br><br>(Resolves Docs. 5, 6) |

    Pursuant to Rule 65 of the Federal Rules of Civil Procedure, and upon the request of Plaintiffs Michael Heil and Liberty Hangout ("Plaintiffs"), the Court orders:

    Defendants Beverly J. Warren, Lamar R. Hylton, Dean Tondiglia, Rick O'Neil and DOES 1-25 are restrained from assessing security fees against Plaintiffs in connection with the "Lets Talk Gun Rights with Speaker Kaitlin Bennett" event on November 19, 2018, at Kent State University's Kiva event space. The bond requirement is hereby waived.

    A written opinion detailing the Court's findings will follow this order.

It is further ORDERED that Plaintiffs' motion for preliminary injunction shall be heard by the Court on the 13th day of December, 2018, at 10:00 a.m.

DATED:  November 16, 2018                     /s/ John R. Adams
                                                                               UNITED STATES DISTRICT JUDGE